JANICE HODGE JENSEN
Nevada Bar No. 563
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Tel:    (775)322-1170
Fax:    (775)322-1865
*Attorneys for Intervenor*
*ADMIRAL INSURANCE COMPANY*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF NEVADA

CENTURY SURETY COMPANY, an Ohio
Corporation,

        Plaintiff,

        vs.

CASINO WEST, INC., a Nevada
Corporation; RAFAEL CHAVEZ DUENAS,
individually; MARIA OFELIA CHAVEZ,
individually; and RAFAEL CHAVEZ
DUENAS and DIANA OFELIA CHAVEZ,
as Co-Special Administrators for the Estate of
Juan Pablo Chavez,

        Defendants.
                        /

CASINO WEST, INC., a Nevada
Corporation,

        Counterclaimant,

        vs.

CENTURY SURETY COMPANY, an Ohio
Corporation,

        Counterdefendant.
                        /

Case No.:  3:07-CV-00636-RCJ-WGC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE RE
INTERVENTION ACTION ONLY**

1   CASINO WEST, INC., a Nevada
    Corporation,
2
                    Plaintiff,              Case No.:  3:08-CV-00306-RCJ-WGC
3
                    vs.
4
5   CENTURY SURETY COMPANY, an Ohio
    Corporation; NOBUKO KITAMURA,
6   individually, and as Guardian Ad Litem of
    CHRISTIAN VEGA ROBLES; MATTHEW
7   SHARP, as Special Administrator for the
    Estate of Donna H. Vega-Robles, et al.,
8
9                   Defendants.
    _____/
10
    ADMIRAL INSURANCE COMPANY,
11
                    Intervenor,
12
13                  vs.
14  CENTURY SURETY COMPANY and
    CASINO WEST, INC.
15
                    Defendants in Intervention.
16  _____/
17
18       IT IS HEREBY STIPULATED AND AGREED, by and among Intervenor ADMIRAL

19  INSURANCE COMPANY, by and through its attorney, Janice Hodge Jensen, and Defendant

20  in Intervention CENTURY SURETY COMPANY, by and through its attorney, H. Douglas

21  Galt, and Defendant in Intervention CASINO WEST, INC., by and through its attorney, Scott

22  A. Glogovac, that as all claims asserted in Intervenor Admiral Insurance Company's

23  Complaint in Intervention against Defendants in Intervention Century Surety Company and

24  Casino West, Inc. have been resolved by the Court, the Complaint in Intervention shall be

25  dismissed with prejudice, with each party to bear their own fees and costs.

26  ///
27  ///
28  ///

This Stipulation does not impact the original actions as between Casino West, Inc. and Century Surety Company.

DATED: June _17_, 2015

DATED: June _16_, 2015

LAXALT & NOMURA, LTD.

GLOGOVAC & PINTAR

JANICE HODGE JENSEN, #563
9600 Gateway Drive
Reno, Nevada 89521
Tel:   775-322-1170
*Attorneys for Intervenor Admiral Insurance Company*

SCOTT A. GLOGOVAC, #226
427 West Plumb Lane
Reno, Nevada 89509
Tel:   775-333-0412
*Attorneys for Defendant in Intervention Casino West*

DATED: June _12_, 2015

WOOLLS & PEER

H. DOUGLAS GALT, ESQ., #100756
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Tel:   213-629-1600
*Attorneys for Defendant in Intervention Century Surety Company*

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED that all claims asserted in Intervenor ADMIRAL INSURANCE COMPANY'S Complaint in Intervention against Defendants in Intervention CENTURY SURETY COMPANY and CASINO WEST, INC. shall be dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 24th day of July, 2015.

U.S. DISTRICT JUDGE

LAXALT & NOMURA
ATTORNEYS AT LAW
9600 GATEWAY
DRIVE

3