JANICE HODGE JENSEN
Nevada Bar No. 563
LAXALT & NOMURA, LTD.
9600 Gateway Drive
Reno, Nevada 89521
Tel:    (775)322-1170
Fax:    (775)322-1865
*Attorneys for Intervenor*
*ADMIRAL INSURANCE COMPANY*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

CENTURY SURETY COMPANY, an Ohio
Corporation,

                Plaintiff,

        vs.

CASINO WEST, INC., a Nevada
Corporation; RAFAEL CHAVEZ DUENAS,
individually; MARIA OFELIA CHAVEZ,
individually; and RAFAEL CHAVEZ
DUENAS and DIANA OFELIA CHAVEZ,
as Co-Special Administrators for the Estate of
Juan Pablo Chavez,

                Defendants.
_____/

CASINO WEST, INC., a Nevada
Corporation,

                Counterclaimant,

        vs.

CENTURY SURETY COMPANY, an Ohio
Corporation,

                Counterdefendant.
_____/

Case No.:  3:07-CV-00636-RCJ-WGC

**MOTION FOR REMOVAL FROM THE
CM/ECF SYSTEM SERVICE LIST AND
ORDER GRANTING MOTION**

1  CASINO WEST, INC., a Nevada
   Corporation,

2
                Plaintiff,

3
                vs.                              Case No.:  3:08-CV-00306-RCJ-WGC

4

5  CENTURY SURETY COMPANY, an Ohio
   Corporation; NOBUKO KITAMURA,

6  individually, and as Guardian Ad Litem of
   CHRISTIAN VEGA ROBLES; MATTHEW

7  SHARP, as Special Administrator for the
   Estate of Donna H. Vega-Robles, et al.,

8

9                Defendants.
   _____/

10

11 ADMIRAL INSURANCE COMPANY,

12               Intervenor,

13               vs.

14 CENTURY SURETY COMPANY and
   CASINO WEST, INC.

15

16               Defendants in Intervention.
   _____/

17

18       Janice Hodge Jensen, Esq. of Laxalt & Nomura, Ltd., counsel for ADMIRAL

19 INSURANCE COMPANY (ADMIRAL), submits this Motion for Removal from the CM/ECF

20 System List in the above-entitled matter.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    The basis of this Motion is that the interpleader action filed by ADMIRAL has been

2  dismissed from the action pursuant to the Court's Order  [# 129] entered on July 27, 2015, and

3  its counsel therefore no longer needs to be on the service lists.

4    DATED this 6th day of August, 2015.

5                                LAXALT & NOMURA, LTD.

6

7                                _____
                                 JANICE HODGE JENSEN, ESQ.
8                                Nevada Bar No: 563
                                 9600 Gateway Drive
9                                Reno, Nevada  89521
                                 Tel:  (775)322-1170
10                               Fax: (775)322-1865
11                               *Attorneys for Intervenor ADMIRAL INSURANCE
                                 COMPANY*
12

13                                          **ORDER**

14   IT IS SO ORDERED.

15   DATED:  August 6, 2015.

16

17                                _____
                                 UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28